



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

The Honorable Valerie E. Caproni                           October 21. 2021
Unites States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: United States v. Christopher Douglas-Roberts, et al
21 CR 603 (VEC)**

Your Honor:

      I represent Christopher Douglas-Roberts who is one of many defendants in US v. Williams 21 Cr 603. Because of the pandemic protocols the court ordered that three defendants per court session appear before Your Honor. Mr. Douglas-Roberts' date being October 27, 2021 at 10am.

      On Monday, October 18, 2021 I was "present" for the (remote call-in) presentment in Magistrate Court. The defendant voluntarily surrendered in the early morning hours at the FBI Building at Federal Plaza after having flown from Mexico where he lives with his wife and two children. He surrendered all travel documents, and therefore, cannot return to Mexico where he lives permanently. Mr. Douglas-Roberts at this moment resides in Detroit, Michigan in an apartment with his NBA agent. The defendant grew up in the City of Detroit and has many contacts there.

      The defendant has not yet quarantined the necessary two weeks to appear in person at the courthouse for the October 27, 2021 10:00am court date. We are asking that Mr. Douglas-Roberts be permitted to use the call-in service and appear remotely so as to not have to fly back to New York from Detroit just a week after having been here as well as to avoid any pandemic protocols for foreign travelers having to quarantine before entering the courthouse from his prior Mexico-New York trip on October 18, 2021.

      Lastly, I am slated to begin a one-month trial before Judge Oetkin on November 1, 2021 and cannot simply move Mr. Douglas-Roberts' case back a week or two to avoid pandemic protocols. I will be on trial the entire month of November.

Respectfully,

_____
Matthew D. Myers
Attorney

Application DENIED.  The SDNY courthouse entry protocols permit Mr. Douglas-Roberts entry into the courthouse on October 27, 2021.

If Mr. Douglas-Roberts is vaccinated, to enter the courthouse, he will have to show (i) the results of the COVID-19 test that he used to enter the country; and (ii) a second test on day 4 after travel or if he did not test on day 4, then the result of a test taken as soon as possible after day 4.  Mr. Douglas-Roberts may enter the courthouse while he is waiting for those second test results if he does not have them before October 27, 2021.

If Mr. Douglas-Roberts is not vaccinated, to enter the courthouse, he will have to show (i) the results of the COVID-19 test that he used to enter the country; and (ii) a second test on day 4 after travel or if he did not test on day 4, then the result of a test taken as soon as possible after day 4; and (iii) a test taken on October 25, 2021 or October 26, 2021, given that he will be traveling to New York from Detroit.  Mr. Douglas-Roberts cannot enter the courthouse until he provides both (or all three) test results.  He does not need to provide proof of quarantine, given that more than 7 days will have passed since his arrival.

The courthouse only permits certain types of COVID tests.  For additional information, counsel is encouraged to read the SDNY courthouse entry protocols, which are available on the SDNY website here:
https://www.nysd.uscourts.gov/sites/default/files/2021-09/Entry%20Protocol%20for%20Travelers%209.24.21.pdf

SO ORDERED.

Date: October 22, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE