USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/03/2022

**MEMO ENDORSED**

**Myers & Galiardo, LLP** | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

The Honorable Valerie E. Caproni
Unites States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

January 1, 2022

Re: United States v. Christopher Douglas-Roberts, et al
21 CR 603 (VEC)

Your Honor,

    I represent Christopher Douglas-Roberts who is one of many defendants in US v. Williams, 21Cr 603. Mr. Douglas-Roberts is presently under supervision in Detroit, Michigan residing with his former NBA agent. He requests travel permission to Memphis, Tennessee January 6th through January 10th, 2022 to attend his charity (Supreme Dream Foundation) meetings in that city. Pre Trial Services has no objection as long as a full itinerary is furnished. The Government has no objection.

Respectfully,

*Matthew Myers*

Matthew D. Myers
Attorney

---

Application GRANTED. Mr. Douglas-Roberts must provide Pre-Trial Services with his full itinerary at least 48 hours before his trip.

SO ORDERED.

*Valerie Caproni*

Date: January 3, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE