

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 11/09/2022

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

**MEMO ENDORSED**

November 7, 2022

The Honorable Valerie E. Caproni
Unites States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Christopher Douglas-Roberts, et al**
**21 CR 603 (VEC)**

Your Honor,

    I represent Christopher Douglas-Roberts who is one of many defendants in *US v. Williams,* 21Cr 603. Mr. Douglas-Roberts is presently under supervision in Detroit, Michigan. Upon his self-surrender in New York, Pre Trial Services requested he turn in his US Passport.

    I now understand that Pre Trial Services requires the Court (following the completion of his case via sentencing on October 27, 2022) to issue an order so that the passport can be returned to the defendant or to his attorney here in New York. We hereby request you grant an order that compels Pre Trial Services of the SDNY to return the US Passport of Christopher Douglas-Roberts to the defendant or his legal representative Attorney Matthew D. Myers.

Respectfully,

*Matthew Myers*

Matthew D. Myers
Attorney

**Application GRANTED.**

So Ordered,

*Valerie Caproni*  11/09/2022
Hon. Valerie E. Caproni

N • Y • C