

**Myers & Galiardo, LLP** | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF

The Honorable Valerie E. Caproni
Unites States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/08/2022

December 7, 2022

**MEMO ENDORSED**

**Re: United States v. Christopher Douglas-Roberts, et al
21 CR 603 (VEC)**

Your Honor:

    As the Court is well aware Mr. Christopher Douglas-Roberts was sentenced on October 27, 2022 to time served followed by a period of post release supervision. As a condition of that supervision Mr. Douglas-Roberts must obtain permission to travel by the Court.

    As the Court may recall, the parties discussed at sentencing the fact that the defendant resides in the Country of Mexico with his wife and two children. The address is Francisco Montes de Orca 24, Independencia, San Miguel de Allende, Guanajuato 37732. He has also spent a great deal of time and resources at the Casa Hogar Girls Orphanage near his home in Mexico. During the pendency of this matter he was living with his former NBA agent in Detroit, Michigan because of the travel restrictions placed upon him by the courts.

    Mr. Douglas-Roberts has not seen his wife or his children in over a year. Additionally, this year the Casa Hogar Girls Orphanage is having the First Annual Christmas Celebration for all 23 girls at the orphanage. Mr. Douglas-Roberts wants to be reunited with his family as well as attend the orphanage's Christmas celebration where he has committed hundreds of hours of his time over the years.

    We are asking the Court to grant travel permission to Mexico from December 13, 2022 through January 13, 2023.

    **The Defendant's post release supervision officer has no objection to the request. The Government has no objection.**

Respectfully,

*Matthew Myers*
Matthew D. Myers
Attorney

---

Application GRANTED. Mr. Douglas-Roberts must provide his travel itinerary, including any flight information, to his probation officer.

SO ORDERED.

*Valerie Caproni*  12/08/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE